354

opinion filed January 24,
1949; rehearing denied February 4, 1949; released for publication
February 4, 1949. Mason & Mason, and Orr, Lewis & Orr, for appellant;
George A. Mason, and Warren H. Orr, of counsel; Benjamin S. Adam-
owski, Corporation Counsel, for appellee; L. Louis Karton, Head of Ap-
peals and Review Division and Sydney R. Drebin, Assistant Corporation
Counsel, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. **Not to
be published in full.**

## Philip Blum and Company, Inc., Appellee, v. Standard Accident Insurance Company, Appellant.

**Gen. No. 44,599.**

opinion filed January 24,
1949; released for publication February 4, 1949. John J. Maciejewski,
for appellant; Gerald White and Russell Bundesen, for appellee. Opin-
ion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.**